# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER SPROGIS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 12-1352-SLR |
| JVL VENTURES, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## DEFENDANT JVL VENTURES, LLC'S MOTION TO DISMISS INDIRECT INFRINGEMENT CLAIMS OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant JVL Ventures, LLC (d/b/a Isis), respectfully brings this Motion to Dismiss the indirect infringement claims of Plaintiff's First Amended Complaint (D.I. 6) for failure to state a claim. The grounds for this motion are fully set forth in Defendant's Opening Brief, submitted herewith.

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

A. John P. Mancini
Amr O. Aly
MAYER BROWN LLP
1675 Broadway
New York, NY  10019
(212) 506-2500
jmancini@mayerbrown.com
aaly@mayerbrown.com

 */s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (Bar No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Attorneys for Defendant JVL Ventures, LLC*

Dated:  April 8, 2013

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on April 8, 2013, I caused *Defendant JVL Ventures, LLC's Motion to Dismiss Indirect Infringement Claims of Plaintiff's First Amended Complaint* to be served to the following individuals in the manner indicated:

| | |
|---|---|
| **VIA ELECTRONIC MAIL** | **VIA ELECTRONIC MAIL** |
| Richard K. Herrmann<br>Kenneth Laurence Dorsney<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>kdorsney@morrisjames.com<br><br>*Attorneys for Plaintiff Peter Sprogis* | Edward W. Goldstein<br>GOLDSTEIN LAW PLLC<br>1177 West Loop South<br>Suite 400<br>Houston, TX 77027<br>(713) 877-1515<br>egoldstein@gliplaw.com<br><br>*Attorney for Plaintiff Peter Sprogis* |

                                                          */s/ Collins J. Seitz, Jr.*
                                                          Collins J. Seitz, Jr. (Bar No. 2237)