**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| PETER SPROGIS, an individual, ) ) Plaintiff, ) ) v. ) ) JVL VENTURES, LLC, a Delaware limited ) liability company ) ) Defendant. ) ) | C.A. No. 12-1352-SLR |

## STIPULATION OF DISMISSAL

Plaintiff Peter Sprogis ("Plaintiff") and Defendant JVL Ventures, LLC ("Defendant") hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Under Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a stipulation of dismissal signed by all parties. Accordingly, pursuant to Rule 41(a)(1), Plaintiff and Defendant stipulate to the dismissal of this entire action with prejudice. Each party shall bear its own fees and costs.

| MORRIS JAMES LLP | SEITZ ROSS ARONSTAM & MORITZ LLP |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Benjamin J. Schladweiler* |
| Richard K. Herrmann (Bar No. 405) | Collins J. Seitz, Jr. (Bar No. 2237) |
| Kenneth L. Dorsney (Bar No. 3726) | Benjamin J. Schladweiler (Bar No. 4601) |
| 500 Delaware Avenue, Suite 1500 | 100 S. West Street, Suite 400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 576-1600 |
| rherrmann@morrisjames.com | cseitz@seitzross.com |
| kdorsney@morrisjames.com | bschladweiler@seitzross.com |
| *Attorneys for Plaintiff Peter Sprogis* | *Attorneys for Defendant JVL Ventures, LLC* |

Dated: August 2, 2013

So ordered this __ day of August, 2013

_____
U.S.D.C. Judge